IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| OLD REPUBLIC SURETY COMPANY | PLAINTIFF |
| v. | CIVIL ACTION NO. 1:21-cv-00126-SA-DAS |
| J. CUMBY CONSTRUCTION, INC. and WESTFIELD INSURANCE COMPANY | DEFENDANTS |

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on August 6, 2021. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 25th day of July, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE