IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

OLD REPUBLIC SURETY COMPANY                                    PLAINTIFF

V.                                                             NO: 1:21CV126-GHD-DAS

J. CUMBY CONSTRUCTION, INC. AND                                DEFENDANTS
WESTFIELD INSURANCE COMPANY

## ORDER GRANTING DEFENDANT'S MOTION TO STAY AND COMPEL MEDIATION AND ARBITRATION

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant's motion to stay and compel mediation and arbitration [8] is GRANTED;

(2) Plaintiff's claims against JCC should be submitted to mediation and then arbitration if required; and

(3) this matter is STAYED pending the mediation and arbitration, as necessary, of Plaintiff's claims against JCC; and

(4) the parties are directed to inform the Court within fourteen (14) days of the completion of the mediation/arbitration proceeding.

All memoranda, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated and made a part of the record in this action.

SO ORDERED this the 16 day of August, 2022.

_____
SENIOR U.S. DISTRICT JUDGE