UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

OLD REPUBLIC SURETY COMPANY                               PLAINTIFF

V.                                                        Civil Action No. 1:21-cv-126-GHD-DAS

J. CUMBY CONSTRUCTION, INC.; et al.                          DEFENDANTS

ORDER ADMINISTRATIVELY CLOSING CASE

This case involves a contractual dispute between the parties. On February 9, 2022, these proceedings were stayed pending the Court's determination regarding compelling this matter to arbitration pursuant to the Defendants' motion to compel arbitration [14]. This Court subsequently, on August 16, 2022, compelled this matter to arbitration and entered a stay of these proceedings pending the outcome of the arbitration proceeding [16, 17].

Accordingly, given that these proceedings are stayed, and have been since August 16, 2022, the Court hereby administratively closes this case pending the resolution of the subject arbitration proceeding. The parties, who have previously been ordered by the Court to notify it within 14 days of the conclusion of the subject arbitration proceeding, may likewise petition the Court to reopen this matter should further litigation be necessary.

Accordingly, the Court orders that this case be ADMINSTRATIVELY CLOSED as of today's date.

THIS, the 24 day of May, 2024.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE